IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT
SOUTHERN DIVISION

JAMIE JONES,                        *
                                    *
     Plaintiff,                     *
                                    *
vs.                                 *   CASE NO: 1:04-CV-0417-WS-M
                                    *
BOARD OF SCHOOL                     *
COMMISSIONERS OF MOBILE             *
COUNTY ALABAMA, et. al.,            *
                                    *
     Defendants.                    *

NOTICE TO THE COURT

     Comes now the Plaintiff by and through her undersigned counsel and serves notice to this Court that PLAINTIFF'S INITIAL DISLCOSURES TO DEFENDANTS are being served on the Defendants today in the above-styled case.

                         Respectfully submitted,


                         /s/  Henry H. Caddell
                         HENRY H. CADDELL (CADDH9244)
                         THIRY & CADDELL
                         1911 Government Street
                         Mobile, Alabama  36606
                         (251) 478-8880
                         (251) 478-8885 – fax
                         email:hcaddell@thiryandcaddell.com
                         Counsel for the Plaintiff

     Certificate of Service To:

     James R. Seale, Esq.
     Elizabeth B. Carter, Esq.
     Hill, Hill, Carter, Franco,
       Cole & Black, P.C.
     Post Office Box 116
     Montgomery, Alabama  36101-0116